Certiorari granted. Brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, February 23, 1998. Brief of the Solicitor General is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Wednesday, March 25, 1998. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, April 10, 1998. This Court's Rule 29.2 does not apply.

JANUARY 12, 1998

No. A–407 (97–907). IN RE MARTIN. C. A. Fed. Cir. Application for stay, addressed to JUSTICE BREYER and referred to the Court, denied.

No. A–439. PLYLER ET AL. v. MOORE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Application to vacate stay of mandate, addressed to JUSTICE STEVENS and referred to the Court, denied.

No. D–1851. IN RE DISBARMENT OF SMITH. Disbarment entered. [For earlier order herein, see 521 U. S. 1149.]

No. D–1853. IN RE DISBARMENT OF THORNTON. Disbarment entered. [For earlier order herein, see 521 U. S. 1149.]

No. D–1859. IN RE DISBARMENT OF BEDELL. Disbarment entered. [For earlier order herein, see ante, p. 910.]

No. D–1861. IN RE DISBARMENT OF WILSON. Disbarment entered. [For earlier order herein, see ante, p. 929.]

No. D–1865. IN RE DISBARMENT OF LEIBOWITZ. Disbarment entered. [For earlier order herein, see ante, p. 930.]

No. D–1866. IN RE DISBARMENT OF HEINEMANN. Disbarment entered. [For earlier order herein, see ante, p. 930.]

No. D–1867. IN RE DISBARMENT OF MANN. Disbarment entered. [For earlier order herein, see ante, p. 945.]

No. D–1868. IN RE DISBARMENT OF KENYON. Disbarment entered. [For earlier order herein, see ante, p. 945.]